FILED: June 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4303
(4:25-dm-00001-EWH-DEM-1)

---

In re: Application of the United States of America for an Order Pursuant to 18 U.S.C. § 2703(d)

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Newport News |
| Originating Case Number | 4:25-dm-00001-EWH-DEM-1 |
| Date notice of appeal filed in originating court: | 06/05/2026 |
| Appellant(s) | Under Seal |
| Appellate Case Number | 26-4303 |
| Case Manager | R. Sewell<br>804-916-2702 |