UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4303
(4:25-dm-00001-EWH-DEM-1)
_____

In re: Application of the United States of America for an Order Pursuant to 18 U.S.C. Section 2703(d)

_____

O R D E R

_____

Upon consideration of the motion for leave to file under seal (1) the motions to file under seal, (2) Under Seal's motion to extend the deadline for amicus curiae briefs, and (3) Under Seal's notice of intent to file a reply in support of its motion to extend the deadline for amicus curiae briefs, (4) Under Seal's reply in support of its motion to extend the deadline for amicus curiae briefs, (5) Under Seal's notice of intent to withdraw its motion to seal the opening merits brief, and (6) the certificates of confidentialities filed with the motions, the court grants the motions.

Upon consideration of the motion to extend the time for filing amicus curiae briefs, the court grants the motion. Any amicus curiae briefs are to be filed no later

than August 4, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk