UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4303
(4:25-dm-00001-EWH-DEM-1)
_____

In re: Application of the United States of America for an Order Pursuant to 18
U.S.C. Section 2703(d)

_____

O R D E R

_____

Upon consideration of the motion to partially seal and to partially unseal the opening brief, the court grants the motion by placing Version B of the opening brief on the docket, and upon consideration of the motion for leave to file under seal the motion to seal and certificate of confidentiality, the court grants the motion.

Appellant shall file Version B of the opening brief on the public docket no later than July 24, 2026.

Entered at the direction of Judge Wynn with the concurrence of Judge Berner. Judge Wilkinson dissents from the order granting the motion to partially seal and to partially unseal the opening brief.

For the Court

/s/ Nwamaka Anowi, Clerk