IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

IN RE: APPLICATION OF THE UNITED  )
STATES FOR AN ORDER PURSUANT      )    No. 26-4303
TO 18 U.S.C. § 2703(d)            )

## Notice of Withdrawal of Consent Motion for an Extension of the Briefing Schedule

The government having filed its sealed response brief on July 29, 2026, in accordance with the Court's existing briefing schedule, it therefore respectfully withdraws its Consent Motion for an Extension of the Briefing Schedule (Dkt. No. 62).

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

Theophani K. Stamos
First Assistant United States Attorney

Brian J. Samuels
Assistant United States Attorney
Eastern District of Virginia
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606

John A. Eisenberg
Assistant Attorney General
National Security Division

By:  _____/s/_____

Joshua T. Ferrentino
Trial Attorney
Counterintelligence & Export
  Control Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

## Certificate of Service

I certify that on July 30, 2026, I filed electronically the foregoing notice with the Clerk of the Court using the CM/ECF system and also caused a copy of the foregoing to be sent by e-mail to counsel of record for LinkedIn at the following e-mail addresses:

Ari.Holtzblatt@wilmerhale.com
Aaron.Zebley@wilmerhale.com

By:  _____/s/_____

Joshua T. Ferrentino
Trial Attorney