**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 11, 2026

---

RESPONSE REQUESTED

---

No. 26-4303, In re: Application
4:25-dm-00001-EWH-DEM-1

TO: United States of America

RESPONSE DUE: 09/11/2026

Response is required to the motion to seal oral argument on or before 5:00 P.M 09/11/2026.

R. Sewell, Deputy Clerk
804-916-2702