UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. 26-4303 Caption: In re Appl. of the U.S. for an Order Pursuant to 18 U.S.C. § 2703(d)

Appellee United States of America

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

Sealed Response to Motion to Seal Oral Argument

2. Is sealing of document(s) necessary?

☐ No
☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

November 7, 2025 Order by United States Magistrate Judge Robert J. Krask, pursuant to 18 U.S.C. § 2705

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

Sealed from third parties for a period of one year from November 7, 2025

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

☐ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

☐ Yes

## CERTIFICATE OF SERVICE

I certify that on Sept. 11, 2026 the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below. Service may be made by direct email or other electronic means with the prior written consent of the party to be served. In consolidated criminal cases, identify which sealed appendix volumes were served on each party or attorney.

Ari Holtzblatt
Aaron Zebley
WilmerHale
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
Ari.Holtzblatt@wilmerhale.com
Aaron.Zebley@wilmerhale.com

/s/ Brian J. Samuels — Signature

09/11/26 — Date