FILED: November 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4303
(4:25-dm-00001-EWH-DEM-1)

---

In re: Application of the United States of America for an Order Pursuant to 18 U.S.C. Section 2703(d)

---

O R D E R

---

Upon consideration of the motion for an extension of time to file a petition for rehearing, the court grants the motion and extends the deadline for filing a rehearing petition to December 28, 2026.

Entered at the direction of the panel: Judge Wilkinson, Judge Wynn, and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk